UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff

v.                                       Case No. 20-30531
                                       Originating No. 20-cr-02706-003

**JOHN WESLEY DAWSON, JR.,**

       Defendant.

_____/

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **JOHN WESLEY DAWSON, JR.,** to answer to charges pending in another federal district, and states:

1. On **December 21, 2020,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **District of Arizona based on an Indictment. Defendant is charged in that district with violation of 21 U.S.C. §846-Conspiracy to Possess with Intent to Distribute Cocaine, 21 U.S.C. §§841(a)(1), 841(b)(B)(ii)(II)- Possession with Intent to Distribute Cocaine; Aiding and Abetting(2), 21 U.S.C. §841(a)(1) and 841(b)(1)(C)-Possession with Intent to**

**Distribute Cocainte; 18:2 Aiding and Abetting(3), 18 U.S.C. §1956(h)- Conspiracy to Launder Monetary Instruments(4); Forfeiture allegations.**

2.  Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

MATTHEW J. SCHNEIDER
United States Attorney


s/Blake Hatlem
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
blake.hatlem@usdoj.gov
(313) 226-9613

Dated: December 21, 2020